1  Lonnie D. Giamela (SBN 228435)
   lgiamela@fisherphillips.com
2  Nathan V. Okelberry (SBN 266956)
   nokelberry@fisherphillips.com
3  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1590
4  Los Angeles, California 90071
   Telephone: (213) 330-4500
5  Facsimile: (213) 330-4501

6  Attorneys for Defendant
   COMPASS GROUP USA, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  ARNOLD OBANDO ,                    CASE NO.:   1:16-CV-01124-EPG

12                PLAINTIFF,           *Assigned to the Honorable:*
                                       *Magistrate Judge Erica P. Grosjean*
13       v.
                                       **ORDER ON STIPULATION TO**
14  COMPASS GROUP USA, INC. DBA        **CONTINUE THE TRIAL DATE AND**
    CANTEEN VENDING SERVICES;          **ALL RELATED DATES**
15  AND DOES 1 THROUGH 100,
    INCLUSIVE,
16                                     **DATE:   January 23, 2016**
                  DEFENDANT.           **TIME:   10:00 a.m.**
17
                                       (*Removed from Stanislaus County*
18                                     *Superior Court, Case No. 9000043*)

19                                     Complaint filed:  May 27, 2016
                                       Removed:          August 1, 2016
20

21

22

23

24

25

26

27

28

ORDER ON STIPULATION TO CONTINUE TRIAL AND ALL RELATED DATES
FPDOCS 32658102.1

On February 27, 2017, the parties filed a stipulation (ECF No. 14) indicating that they had agreed to participate in mediation and requesting to extend the previously scheduled discovery cutoff dates in this case. After a review of these dates, and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order, dated November 2, 2016, is amended as set forth below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non Expert Discovery Cut-off | March 31, 2017 | August 31, 2017 |
| Expert Disclosure | September 1, 2017 | November 30, 2017 |
| Rebuttal Expert Disclosure | October 2, 2017 | December 29, 2017 |
| Expert Discovery Cut-off | November 1, 2017 | January 31, 2018 |
| Dispositive Motion Filing | April 28, 2017 | September 29, 2017 |
| Pretrial Conference | December 7, 2017 Time: 11:00 a.m. Courtroom 10 (EPG) | March 8, 2018 Time: 11:00 a.m. Courtroom 10 (EPG) |
| Trial | February 6, 2018 Time: 8:30 a.m. Courtroom 10 (EPG) | May 8, 2018 Time: 8:30 a.m. Courtroom 10 (EPG) |

IT IS SO ORDERED.

Dated:   **March 3, 2017**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE