| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ARNOLD OBANDO,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS GROUP USA, INC., *doing business as* Canteen Vending Services,<br><br>Defendants. | Case No. 1:16-cv-01124-EPG<br><br>ORDER DIRECTING CLERK TO ENTER JUDGMENT PURSUANT TO RULE 68<br><br>(ECF No. 16) |

The parties have filed an offer of judgment and a notice of acceptance of an offer of judgment. Pursuant to Rule 68(a), the Clerk must enter judgment. Fed. R. Civ. P. 68(a).

Therefore, the Clerk is directed to enter judgment in accordance with the terms of the accepted offer of judgment and close this case.

IT IS SO ORDERED.

Dated: **November 20, 2017**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1