1  Lonnie D. Giamela (SBN 228435)
   lgiamela@fisherphillips.com
2  Nathan V. Okelberry (SBN 266956)
   nokelberry@fisherphillips.com
3  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1590
4  Los Angeles, California 90071
   Telephone: (213) 330-4500
5  Facsimile: (213) 330-4501

6  Attorneys for Defendant
   COMPASS GROUP USA, INC.

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  ARNOLD OBANDO ,                    CASE NO.:   1:16-CV-01124-EPG

12              PLAINTIFF,             *Assigned to the Honorable:*
                                       *Magistrate Judge Erica P. Grosjean*
13       v.
                                       **ORDER ON JOINT STIPULATION**
14  COMPASS GROUP USA, INC. DBA        **TO SET ASIDE AND VACATE THE**
    CANTEEN VENDING SERVICES;          **NOVEMBER 20, 2017 JUDGMENT,**
15  AND DOES 1 THROUGH 100,            **AND TO DIMISS THE ACTION**
    INCLUSIVE,                         **WITH PREJUDICE**
16
                DEFENDANT.
17
                                       (*Removed from Stanislaus County*
18                                     *Superior Court, Case No. 9000043*)

19                                     Complaint filed:   May 27, 2016
                                       Removed:           August 1, 2016
20

21

22

23

24

25

26

27

28

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED:

The November 20, 2017 Judgment entered against Defendant is hereby set aside and vacated; and

This action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: __**February 9, 2018**__          /s/ *Erin P. Grosjean*
_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON STIPULATION TO SET ASIDE DEFAULT AND VACATE JUDGMENT
FPDOCS 33709495.1

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1590, Los Angeles, California 90071.

On February 9, 2018, I served the foregoing document entitled **[PROPOSED] ORDER ON STIPULATION TO CONTINUE THE TRIAL DATE AND ALL RELATED DATES** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| David C. Rancano | Attorneys for Plaintiff |
| Tejinderpal S. Sanghera | ARNOLD OBANDO |
| Viloleta Diaz | |
| RANCANO & RANCANO | Tel: (209) 549-2000 |
| 1300 10th Street, Suite C | Fax: (209) 526-1101 |
| Modesto, CA 95354 | |

☐     [by MAIL] - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒     [by ELECTRONIC SUBMISSION] - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed February 9, 2018, at Los Angeles, California.

MELODY BIGLAY
_____
Print Name

By: /s/ MELODY BIGLAY
_____
Signature

FPDOCS 33709495.1